# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF NIELSEN,<br><br>                 Plaintiff,<br><br>vs.<br><br>RUFINO LEIVA, SCHWOB BUILDING COMPANY, LTD, SCHWOB ENERGY SERVICES, LLC, AND JOSE RODARTE,<br><br>                 Defendants. | 4:16CV3047<br><br>ORDER |

    This case was removed from the District Court of Lincoln County, Nebraska. Plaintiff requests a North Platte trial location. (Filing No. 11). Upon removal, it was inadvertently assigned by counsel for defendant Jose Rodarte, the removing defendant, to a Lincoln, Nebraska trial location. Jose Rodarte now moves to correct that error and assign the case to North Platte. (Filing No. 6). The remaining defendants request a Lincoln, Nebraska trial location.

    Upon review of the filings, the plaintiff resides in North Platte, Nebraska, and his complaint seeks damages arising from an accident that occurred in Lincoln County, Nebraska. Counsel for the plaintiff and for Defendant Rodarte are from North Platte, Nebraska. Other than the location of counsel for Defendants Rufino Leiva, Schwob Building Company, Ltd, and Schwob Energy Services, LLC, this case has no connection to Lincoln, Nebraska.

    Accordingly,

    IT IS ORDERED that Defendant Rodarte's motion to transfer, (Filing No. 6), is granted. This case is assigned to a North Platte, Nebraska trial location.

April 25, 2016.

                                                           BY THE COURT:

                                                           *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge